**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60352-EA**

**Samuel J. Hunt,** *individually and as next friend of his minor child*,

      Plaintiff,

v.

**Jonathan Lott,** *in his official capacity as Circuit Judge, Seventeenth Judicial Circuit, Broward County, Florida; and his successor in Office*,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on Magistrate Judge Panayotta Augustin-Birch's report and recommendation that the complaint be dismissed without prejudice under the *Younger* abstention doctrine [ECF No. 5]. Having carefully considered the complaint, the report and recommendation, the plaintiff's objections to the report and recommendation, and the record as a whole, it is

**ORDERED AND ADJUDGED**:

1. The report and recommendation [ECF No. 5] is **ADOPTED**.

2. The complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

3. This **CASE IS CLOSED**.

4. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

5. The Clerk of the Court is instructed to serve the plaintiff with a copy of this order at the address provided below and to note compliance with this order on the record.

**ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of March 2026.

2



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Samuel J. Hunt**
10031 Camille Drive SE
Huntsville, AL 35803

2